**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 23-53024   CKP | Judge: | C. Kathryn Preston | Trustee Name: | David M. Whittaker |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Wesley L Iles Iii | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| | | | | 341(a) Meeting Date: | 10/05/2023 |
| For Period Ending: | 10/24/2023 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2019 Alfa Romeo Giulia Mileage: 40,000 In Debtor's Possession Value Per Carmax | 20,000.00 | 1.00 | | 0.00 | 1.00 |
| 2. Household Goods And Furnishings | 1,290.00 | 0.00 | | 0.00 | FA |
| 3. Home Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 4. Clothing And Wearing Apparel | 650.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 7. Navy Federal Credit Union (Negative Balance) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Navy Federal Credit Union (Zero Balance) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Ally Bank | 3.02 | 0.00 | | 0.00 | FA |
| 10. Webull Financial Llc (Zero Balance) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Oanda | 9.31 | 0.00 | | 0.00 | FA |
| 12. Venmo (Zero Balance) | 0.00 | 0.00 | | 0.00 | FA |
| 13. Cashapp (Zero Balance) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Wright Patt Credit Union | 63.86 | 0.00 | | 0.00 | FA |
| 15. Wright Patt Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 16. Oanda (Zero Balance) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $22,921.19   $1.00   $0.00   $1.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Report of Meeting of Creditors Held was filed on 10/7/23. - David Whittaker 10/24/2023

The Notice of Assets was filed on 10/24/23. - David Whittaker 10/24/2023

The Debtor purchased his 2019 Alfa Romeo Giulia in 2022. He refinanced the loan secured by the vehicle in August of 2022 with a new loan from Navy Federal Credit Union. Navy Federal Credit Union did not record its lien on the certificate of title to the motor vehicle until 8/18/23, which was within the preference period. The Trustee will file an Adversary Proceeding to avoid the Navy Federal Credit Union lien as a preference. The Trustee will object to the Debtor's claim of exemption in the vehicle because the avoided lien cannot be subject to any exemption by the Debtor. The Trustee will also move the Court to determine pursuant to 11 USC 362(h) that the stay will not be terminated with respect to the vehicle. - David Whittaker 10/24/2023

Initial Projected Date of Final Report (TFR): 10/31/2024   Current Projected Date of Final Report (TFR): 10/31/2024

Trustee Signature:   /s/ David M. Whittaker   Date: 10/24/2023

David M. Whittaker
Two Miranova Place
Suite 700
Columbus, OH 43215-5098
(614)340-7431
dwhittaker@isaacwiles.com